IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 24-mj-1329-GBW |
| ) | |
| vs. ) | |
| ) | |
| **POETRY ROYAL**, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF INTENTION TO ENTER GUILTY PLEA

The Defendant, POETRY ROYAL, by and through attorney of record, Todd J. Bullion, hereby gives notice that he intends to enter a guilty plea to the charge herein. Defendant further acknowledges that the time period from the date of the filing of this Notice to the date of the change of plea hearing should be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(1)(G).

Respectfully submitted,

/s/ Todd J. Bullion
TODD J. BULLION
Counsel for POETRY ROYAL
Law Office of Todd J. Bullion
4801 Lang Ave. NE, Suite 110
Albuquerque, NM 87109
(505) 494-4656 – Telephone
todd@bullionlaw.com - Email

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically submitted to all counsel of record through the District Court of New Mexico's electronic filing system.

/s/ Todd J. Bullion
Todd J. Bullion